**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00903-CV

_____

## MARVIN ROHLING D/B/A TARGET MARKET MEDIA GROUP AND D/B/A BOTTOM LINE SIGNS, Appellant

### V.

## LONE STAR SANDWICH LLC, Appellee

**On Appeal from County Civil Ct at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1108956**

## O R D E R

The notice of appeal in this case was filed November 6, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 24, 2020.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM


Panel consists of Justices Zimmerer, Spain and Hassan.